## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JASON L. PICKLES,

        Plaintiff,

vs.

DEPUTY WILSON, ET AL.,               Case No. 8:24-cv-01246-MSS-CPT

        Defendants.

_____/

## PLAINTIFF JASON PICKLES' MOTION FOR LEAVE
## TO AMEND COMPLAINT

Plaintiff Jason L. Pickles, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), moves for leave of court to amend his Amended Complaint (ECF No. 6). In support, Plaintiff states as follows:

## BACKGROUND

This action relates to the defendants' refusal to provide Mr. Pickles with necessary medical care after Mr. Pickles was _shot_ and in custody of the Polk County Sheriff's Office. Mr. Pickles initiated this action _pro se_ and pursuant to 41 U.S.C. § 1983 on May 23, 2024. ECF No. 1. On June 12, 2024, the Court _sua sponte_ dismissed certain of Mr. Pickles claims. ECF No. 4.

Pursuant to the Court's order of dismissal, Mr. Pickles filed an amended complaint on July 18, 2024. On August 13, 2024, the Court entered an order granting Mr. Pickles' motion to appoint counsel and staying this action until counsel was appointed. ECF No. 12. Importantly, no summons have yet been issued, nor has any defendant been served with any other paper in this action. *See generally* Docket.

On September 30, 2024, the Court appointed the undersigned counsel to represent Mr. Pickles. ECF No. 18. Upon appointment, counsel provided Mr. Pickles with an engagement agreement and, on October 17, 2024, noticed appearances on behalf of Mr. Pickles.

Mr. Pickles seeks leave to file a second amended complaint, restating and expanding upon the allegations stated in the amended complaint, which was filed *pro se*. Permitting Mr. Pickles to file a second amended complaint with the benefit of counsel will clarify the issues presented in this action and ease the burden on defendants in responding to Mr. Pickles' allegations. Specifically, Mr. Pickles' *pro se* amended complaint does not contain numbered paragraphs, nor does it contain the first name of certain defendants, as such information was unavailable to Mr. Pickles. While the amended complaint does amount to a short and plain statement of the claim

showing Mr. Pickles is entitled to relief, permitting counsel to file an amended complaint will clarify and streamline the matters presented and accurately identify the defendants to be served. Because no defendant has been served in this action, permitting Mr. Pickles to amend his complaint certainly will not prejudice any defendant.

## <u>MEMORANDUM OF LAW</u>

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings.  It states that "a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a). In the absence of any apparent or declared reason—such as undue delay, bad faith, dilatory motive or  undue prejudice to the opposing party—the leave sought should, as the rules require, be "freely given."  *Perez v. Pavex Corp.*, Case No. 801CV0069T27MSS, 2002 WL 31500404 at *1 (M.D. Fla. Oct. 18, 2002).

Mr. Pickles promptly – less than 10 days after the undersigned noticed an appearance – seeks leave to amend the amended complaint. Mr. Pickles asks for sixty days from the date of an order on this Motion to file his

amended complaint.[1] Further, because this case is in the preliminary stages, and no defendant has even been served, the defendants will not be prejudiced by the relief sought herein.

## CONCLUSION

Mr. Pickles respectfully requests that the Court grant his motion for leave to file an amended complaint with sixty days.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel states that, because no defendant has been served and thus no counsel has appeared for any defendant, counsel was unable to confer with the opposing parties or their counsel.

---

[1] Sixty days is sought because of counsel's existing obligations, and because Mr. Pickles currently is incarcerated, meaning it will take longer than usual to confer with Mr. Pickles regarding the second amended complaint.

Dated: October 24, 2024.

**FOLEY & LARDNER LLP**

_Heather A. Lee_

Jason P. Mehta
Fl. Bar No. 106110
jmehta@foley.com
Heather Lee
Fl. Bar No. 1011026
hlee@foley.com
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210

_Attorneys for Plaintiff Jason Pickles_